**NJWU Corporation**
**PSWU Corporation**
c/o James Moore & Company
121 Executive Circle
Daytona Beach, Florida 32114-1180
Telephone 740.348.6809



James W. Hopson, Receiver
jwhopson@gmail.com

December 23, 2010

To Whom It May Concern:

In April 2009, the undersigned was appointed by the Court in Cox Enterprises, Inc. v. News-Journal Corporation, et al., Civil Action File No. 6:04-CV-698-JA-DAB (United States District Court, Middle District of Florida) as Receiver for NJWU Corporation, formerly known as News-Journal Corporation ("NJC"), for purposes of selling and winding down its operations.

As stated in the Notice filed today in that action, all assets of NJC, including its wholly owned subsidiary PSWU, have now been distributed and the Receiver stands discharged by operation of the Court's August 13, 2010 Order.

James W. Hopson

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

|  |  |
|---|---|
| In re:<br>Circuit City Stores, Inc. | Case Number   08-35653-KRH<br>Chapter   11<br>Adversary Proceeding Number   10-03378-KRH<br>Judge   Kevin R. Huennekens |

Debtor(s)

Alfred H. Siegel, Trustee of the Circuit City Stores, Inc.
Liquidating Trust

Plaintiff(s)

V.

NJWU Corporation, dba News Journal Corporation

Defendant(s)

## SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

| ADDRESS OF CLERK: | William C. Redden<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF<br>PLAINTIFF'S ATTORNEY: | Paula S. Beran (CC-B)<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219 |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: November 9, 2010                    WILLIAM C. REDDEN, CLERK OF COURT
                                          By /s/ Suzanne French
                                          Deputy Clerk

*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013-1(O)].*